IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03467-GPG

JUSTIN K. POHLMANN,

    Plaintiff,

v.

LARIMER COUNTY,

    Defendant.

---

ORDER OF DISMISSAL

---

    Plaintiff currently is detained at the Larimer County Detention Facility in Fort Collins, Colorado. Plaintiff initiated this action on December 23, 2014, by filing a Letter regarding a notice of intent to file an action. On December 26, 2015, Magistrate Judge Gordon P. Gallagher entered an order that directed Plaintiff to file his claims on a Court-approved Complaint form and to submit either a request to proceed pursuant to § 1915 on a proper Court-approved form, or in the alternative pay the $400 filing fee in full. Plaintiff cured the deficiencies and was granted leave to proceed pursuant to § 1915 on February 1, 2015.

    Upon review of the Complaint, Magistrate Judge Gallagher determined that the claims Plaintiff asserts are repetitive of the claims he raises in Case No. 14-cv-03466-GPG and directed Plaintiff to show cause why this action should not be dismissed. Rather than respond to the Order to Show Cause, Plaintiff filed a letter in Case No. 14-

cv-03466-GPG stating that he desires to combine this case with Case No. 14-cv-03466-GPG. The Court directed the Clerk of the Court to also file the Letter in this case.

On March 10, 2015, Magistrate Judge Gallagher entered a minute order directing Plaintiff to respond and clarify the intent of the Letter that was entered in this case on February 12, 2015. Plaintiff was directed to respond and state if he is electing to voluntarily dismiss this action and proceed with all of his pending claims in Case No. 14-cv-03466-GPG. Plaintiff was told that if he is not desiring to proceed in Case No. 14-cv-03466-GPG with all of his claims, he then should respond and show cause why this action should not be dismissed as repetitive. Plaintiff was given fourteen days to comply and was told that if he failed to comply the action would be dismissed as repetitive.

Plaintiff now has failed to comply within the time allowed. The Court, therefore, will dismiss this action as repetitive of Case No. 14-cv-03466-GPG.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint is repetitive and the action is dismissed without prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). It is

FURTHER ORDERED that leave to proceed *in forma paupers* on appeal is denied.

DATED at Denver, Colorado, this  31st  day of     March    , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court